IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION
CASE NO. 10-08167
CHAPTER 13

| | |
|---|---|
| In Re:<br>**BETTYE HAMILTON COX,**<br><br>                           **Debtor.** | :<br>: NOTICE OF APPEARANCE PURSUANT TO<br>: BANKRUPTCY RULE 9010 (b) AND REQUEST<br>: FOR NOTICES UNDER BANKRUPTCY RULE 2002<br>:<br>: |

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

    **ANGEL R. GORDON**
    **Johnson & Freedman, LLC**
    **1587 Northeast Expressway**
    **Atlanta, GA  30329**
    **(770) 234-9181**

    With copy to:
    BAC Home Loans Servicing, L.P.
    400 National Way, Mail Stop CA6-919-01-23
    Simi Valley, CA  93065

as counsel for **BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing L.P., its successors and/or Assigns ,** a creditor of the above named Debtor.

**CERTIFICATE OF SERVICE**

The undersigned certifies that (s)he did on the date set forth below, serve this notice by electronic transmission or first class U.S. mail, postage prepaid, to the following:

| | |
|---|---|
| John T. Orcutt, Esq.<br>Suite 203<br>6616 Six Forks Road<br>Raleigh, NC  27615 | John F. Logan, Chapter 13 Trustee<br>Post Office Box 61039<br>Raleigh, NC  27661-1039 |

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

This, the 22nd day of October, 2010

                                                **/S/**   ANGEL GORDON
                                                **ANGEL GORDON**,  NC Bar No. 24996
                                                **Johnson & Freedman, LLC**
                                                1587 Northeast Expressway
                                                Atlanta, GA  30329
                                                (770) 234-9181, ext. 8888

**432.1016112NC / ncpoc**